United States Courts
Southern District of Texas
FILED

FEB 5 2020

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Jesse Moody**

**CRIMINAL COMPLAINT**

Case Number: C-20-439M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 4, 2020** in **Kenedy** County, in the
(Date)
Southern District of Texas, defendant, **Jesse Moody**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Joel Carrillo**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant
**Joel Carrillo**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

February 5, 2020                            at           Corpus Christi, Texas
Date                                                     City and State

**Julie K. Hampton U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On February 4, 2020, at approximately 6:25 a.m., a Nissan Altima approached the primary inspection lane of the United States Border Patrol Immigration Checkpoint near Sarita, Texas. As the vehicle approached the location of the Primary Agent, he observed one occupant in the vehicle. The Canine Handler Agent informed the Primary Agent that his canine partner alerted to the vehicle. The Primary Agent asked the driver, later identified as Jesse Moody, if he was a United States Citizen and he replied "yes". The Canine Handler Agent asked Moody if there was anyone in the trunk and he replied "no". The Primary Agent asked Moody if the vehicle belonged to him and he replied "yes". The Primary Agent asked Moody for consent to look inside the trunk which he consented to.

Upon opening the trunk on the primary inspection lane two individuals were discovered. The subjects were identified as Rosa Hernandez-Roblero and Fiderminda Roblero-Perez. Hernandez and Roblero admitted being citizens of Mexico illegally present in the United States.

**MIRANDA RIGHTS WARNING:**
All subjects were advised of their rights in their preferred language and signed accordingly that they understood their rights. Moody invoked his right to counsel before questioning began. Hernandez and Roblero were willing to make a statement without an attorney present.

**MATERIAL WITNESS STATEMENT (Rosa Hernandez-Roblero)**
Hernandez stated she crossed illegally into the United States by crossing the river approximately two weeks ago. Hernandez stated she was taken to a stash house where she stayed for approximately two weeks. Hernandez stated that she was placed in the trunk of a sedan by an unknown man.

Hernandez was able to positively identify Moody in a photo lineup as being at the checkpoint when they were stopped.

**MATERIAL WITNESS STATEMENT (Fiderminda Roblero-Perez)**
Roblero stated she illegally crossed the river about two weeks ago near Matamoros, Mexico (Brownsville, Texas). Roblero was taken to a stash house where she stayed approximately two weeks. Roblero was picked up and taken to an area where there were not many houses. Roblero was told to get inside the car's trunk by a male who told her she would be in the trunk for about an hour and half. That was how long it would take the person who was driving to cross the checkpoint.

Roblero was able to positively identify Moody in a photo lineup as being at the checkpoint when they were stopped.

**NOTE:** Moody was apprehended at the Sarita Border Patrol Checkpoint for attempting to smuggle two illegal aliens on January 3, 2020. Moody was not prosecuted at that time and the case was administratively process.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Jesse Moody for prosecution of 8 USC 1324, Alien Smuggling. Rosa Hernandez-Roblero and Fiderminda-Perez will be held as a material witnesses.

Joel Carrillo
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day February 5, 2020.

Julie K. Hampton
United States Magistrate Judge